# MELISSA VOIGT
## Official Court Reporter
P. O. Box 96
Red Rock, Texas 78662
(512) 854-9086

**August 14, 2015**

Mr. Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
PO Box 12547
Austin, Texas  78711
512-463-1733


RE:    Court of Appeals Number:  03-15-00345-CV
           Trial Court Case Number:  C-1-PB-15-000888

**Style:  Esther Seoanes, Individually and as Representative of the Estate of James Williford; and Miriam Stewart, Individually v. The City of Austin**

Dr. Mr. Kyle:

      I received your July 16, 2015 e-mail concerning the above mentioned cause informing me that I have received notice(s) for this case.  I have never been contacted in any way by the attorneys on this matter requesting a record.  Of course, if I am requested to prepare it I will have it done promptly.


          Yours Truly,


          _____
          Melissa Voigt
          Certification No. 4886




## MELISSA VOIGT

**Official Court Reporter**
P. O. Box 96
Red Rock, Texas 78662
(512) 854-9086

July 24, 2012


Mr. Terry L. Scarborough
c/o Cindy
Hance Scarborough, LLP
111 Congress Avenue, Suite 500
Austin, Texas  78701
512-479-8888


RE:    No. C-1-PB-06-013354; In the Probate Court No. 1 of Travis County, Texas;
Guy Herman, Judge Presiding; Liberty Bankers Life Insurance Company, Highland
Realty Service, Inc. vs. Wallerstein Holdings, LLC, et al; Motion to Compel
taken July 12, 2012.


FOR:  Original & 1 Copy; 32 pgs. @ $4.50          =          $144.00
Administrative                                              =          **10.00**
$154.00



TOTAL AMOUNT DUE AND
PAYABLE UPON RECEIPT:                      $154.00




Thank you very much.


_____
Melissa Voigt
Certification No. 4886
Invoice No. 12-0015